IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01483-WYD-KMT

STEVEN RHOME BUMPAS;
LINDA LEBID BUMPAS;
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation;
FIRE INSURANCE EXCHANGE, an inter-insurance exchange authority authorized to do business in the State of Colorado;
QBE INSURANCE CORPORATION, a Pennsylvania corporation;
STATE FARM FIRE & CASUALTY COMPANY, an Illinois corporation; and
CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation,

     Plaintiffs,

v.

TECHTRONIC INDUSTRIES COMPANY, LTD., a Hong Kong corporation, conducting business in the United States through various wholly-owned subsidiaries including TECHTRONIC INDUSTRIES NORTH AMERICA, INC., a Delaware corporation; and ONE WORLD TECHNOLOGIES, INC., a Delaware corporation,

     Defendants.

**ORDER**

THIS MATTER is before the Court on the two Stipulated Motions for Voluntary Dismissal With Prejudice filed November 24, 2015, and the Stipulated Motion for Voluntary Dismissal With Prejudice filed December 1, 2015.  After a careful review of the Stipulated Motions and the file, it is

ORDERED that the Stipulated Motion for Voluntary Dismissal With Prejudice (ECF No. 37) is **GRANTED**.  All claims asserted by Plaintiff State Farm Fire and Casualty Company are **DISMISSED WITH PREJUDICE**, and this Plaintiff shall be taken off the caption.  It is

ORDERED that the Stipulated Motion for Voluntary Dismissal With Prejudice (ECF No. 38) is **GRANTED**. All claims asserted by Plaintiffs American Family Mutual Insurance Company and Fire Insurance Exchange are **DISMISSED WITH PREJUDICE**, and these Plaintiffs shall be taken off the caption. It is

FURTHER ORDERED that the Stipulated Motion for Voluntary Dismissal With Prejudice (ECF No. 40) is **GRANTED**. All claims asserted by Plaintiffs Steven Rhome Bumpas and Linda Lebid Bumpas are **DISMISSED WITH PREJUDICE**, and these Plaintiffs shall also be taken off the caption. Finally, it is

ORDERED that the claims by Plaintiffs QBE Insurance Company and Central Mutal Insurance Company remain pending.

Dated:  December 1, 2015

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge