IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01483-WYD-KMT

QBE INSURANCE CORPORATION, a Pennsylvania corporation; and
CENTRAL MUTUAL INSURANCE COMPANY, an Ohio corporation,

    Plaintiffs,

v.

TECHTRONIC INDUSTRIES COMPANY, LTD., a Hong Kong corporation, conducting business in the United States through various wholly-owned subsidiaries including TECHTRONIC INDUSTRIES NORTH AMERICA, INC., a Delaware corporation; and ONE WORLD TECHNOLOGIES, INC., a Delaware corporation,

    Defendants.

## ORDER

    THIS MATTER is before the Court on the Stipulated Motion for Voluntary Dismissal With Prejudice filed December 3, 2015.  After a careful review of the Stipulated Motion and the file, it is

    ORDERED that the Stipulated Motion for Voluntary Dismissal With Prejudice (ECF No. 42) is **GRANTED**.  All claims asserted by Plaintiff Central Mutual Insurance Company are **DISMISSED WITH PREJUDICE**, and this Plaintiff shall hereafter be taken off the caption.

    Dated:  December 4, 2015

                                             BY THE COURT:

                                             s/ Wiley Y. Daniel
                                             Wiley Y. Daniel
                                             Senior United States District Judge