IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01483-WYD-KMT

QBE INSURANCE CORPORATION, a Pennsylvania corporation;

    Plaintiff,

v.

TECHTRONIC INDUSTRIES COMPANY, LTD., a Hong Kong corporation, conducting business in the United States through various wholly-owned subsidiaries including TECHTRONIC INDUSTRIES NORTH AMERICA, INC., a Delaware corporation; and ONE WORLD TECHNOLOGIES, INC., a Delaware corporation,

    Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the Joint Stipulation of Dismissal With Prejudice filed March 23, 2016.  After a careful review of the Stipulation and the file, it is

ORDERED that the Joint Stipulation of Dismissal With Prejudice is **APPROVED,** and this case is **DISMISSED WITH PREJUDICE**, with the respective parties to bear their own costs and expenses.

Dated:  March 28, 2016

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge